IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LORENZO HAWKINS, JR.,
INDIVIDUALLY, AND BRYAN
HAWKINS, INDIVIDUALLY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellants,

CASE NO. 1D15-5701

v.

ADVANCED ENTERPRISES
OF  NORTHWEST FLORIDA,
INC., A FLORIDA
CORPORATION,

     Appellee.

_____/

Opinion filed September 16, 2016.

An appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Jr., Judge.

Brian W. Hoffman of Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux,
LLC, Pensacola, for Appellants.

Jeremy C. Branning and Robert J. Powell of Clark Partington, Pensacola, for
Appellee.

PER CURIAM.

     AFFIRMED.

ROWE, MAKAR, and BILBREY, JJ., CONCUR.